**IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
GREENBELT DIVISION**

| | |
|---|---|
| JACOB DEVINE, Individually and on Behalf of All Others Similarly Situated<br><br>Plaintiff,<br><br>v.<br><br>BETHESDA SOFTWORKS LLC, BETHESDA SOFTWORKS, and ZENIMAX MEDIA INC.,<br><br>Defendants. | Case No. 8:19-cv-02009-TDC<br><br>**JOINT STATUS REPORT BY PLAINTIFF JACOB DEVINE AND DEFENDANTS BETHESDA SOFTWORKS LLC, BETHESDA SOFTWORKS, AND ZENIMAX MEDIA INC.** |

As ordered by the Court (ECF No. 81), Plaintiff Jacob Devine and Defendants Bethesda Softworks LLC, Bethesda Softworks, and ZeniMax Media Inc. (collectively "The Parties") hereby submit their joint report.

On December 21, 2020 The Parties participated in a Settlement Conference before Magistrate Judge Charles B. Day. The Parties did not settle this litigation at the Settlement Conference. The Parties intend to discuss a new schedule for the case in January or February of 2021 and provide a proposed scheduling order for the Court's consideration.

Dated: December 31, 2020       Respectfully Submitted,


             */s/ Filippo Marchino*

             Filippo Marchino, Esq. (Pro Hac Vice Granted)
             fm@xlawx.com
             Thomas E. Gray, Esq. (Pro Hac Vice Granted)
             tg@xlawx.com

1

**THE X-LAW GROUP, P.C.**
625 Fair Oaks Ave., Suite 390
South Pasadena, CA 91030
Tel: (213) 599-3380
Fax: (213) 599-3370

Charles Gilman (Bar No. 26435)
cgilman@gblegalteam.com
H. Briggs Bedigian (Bar No. 27113)
Hbb@gblegalteam.com
**GILMAN & BEDIGIAN, LLC**
1954 Greenspring Drive, Suite 250
Timonium, MD 21093
Tel: (410) 560-4999
Fax: (410) 308-3116

*Attorneys for Plaintiff*
*Jacob Devine, Individually and on Behalf of All*
*Others Similarly Situated*


/s/ Margaret A. Esquenet
Margaret A. Esquenet (Bar No. 27775)
Anna B. Naydonov (Bar No. 21144)
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER LLP
901 New York Avenue NW
Washington, D.C. 20001-4413
(202) 408-4000 (phone)
(202) 408-4400 (fax)
margaret.esquenet@finnegan.com
anna.naydonov@finnegan.com

*Attorney for Defendants*
*Bethesda Softworks LLC, Bethesda Softworks, and*
*ZeniMax Media Inc.*

2

## CERTIFICATE OF SERVICE

I, Filippo Marchino, hereby certify that on December 31, 2020, the foregoing **JOINT STATUS REPORT BY PLAINTIFF JACOB DEVINE AND DEFENDANTS BETHESDA SOFTWORKS LLC, BETHESDA SOFTWORKS, AND ZENIMAX MEDIA INC.** was filed and served using the Court's CM/ECF system, upon:

Margaret A. Esquenet, Esq.
Anna B. Naydonov, Esq.
Sydney N. English, Esq.
FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP
901 New York Avenue NW
Washington, D.C. 20001-4413
(202) 408-4000 (phone)
(202) 408-4400 (fax)
margaret.esquenet@finnegan.com
anna.naydonov@finnegan.com
sydney.english@finnegan.com

*Attorneys for Defendants*
*Bethesda Softworks LLC, Bethesda Softworks, and ZeniMax Media Inc.*

/s/ Filippo Marchino
Filippo Marchino