# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND

### Southern Division

JACOB DEVINE, Individually and on Behalf of
All Others Similarly Situated

    Plaintiff,

v.

BETHESDA SOFTWORKS LLC,
BETHESDA SOFTWORKS, and
ZENIMAX MEDIA INC.

    Defendants.

CASE NO. 8:19-cv-02009-TDC

## JOINT PROPOSED AMENDED SCHEDULING ORDER

As requested by the Court (ECF No. 91) Plaintiff Jacob Devine and Defendants Bethesda Softworks LLC, Bethesda Softworks, and ZeniMax Media Inc. hereby submit their joint proposed amended scheduling order.

|  | PROPOSED DEADLINE |
|---|---|
| Deadline to Respond to Outstanding Discovery | April 8, 2021 |
| Deadline for Filing Motion to Compel for Phase I Discovery | May 8, 2021 |
| Deadline to File Motion to Compel Arbitration for Jacob Devine | July 15, 2021 |
| Motions to amend the pleadings or for joinder of additional parties | August 30, 2021 |
| Close of fact discovery and deadline for motions to compel fact discovery | December 17, 2021 |
| Plaintiff's Rule 26(a)(2) expert disclosures | February 7, 2022 |
| Defendants' Rule 26(a)(2) expert disclosures | March 7, 2022 |
| Plaintiff's rebuttal Rule 26(a)(2) expert disclosures | April 7, 2022 |
| Rule 26(e)(2) supplementation of disclosures and responses | April 22, 2022 |

| | |
|---|---|
| Deadline for Filing Motion to Compel Arbitration (for Any Additional Plaintiffs) | November 15, 2021 |
| Completion of Expert Discovery; submission of Post-Discovery Joint Status Report, see Part V | May 6, 2022 |
| Requests for admission | May 20, 2022 |
| Deadline to File Motion for Class Certification | July 20, 2022 |
| Deadline to File Opposition to Motion for Class Certification | September 12, 2022 |
| Deadline to File Reply in Support of Motion for Class Certification | October 3, 2022 |
| Notice of Intent to File a Pretrial Dispositive Motion, see Case Management Order Part II.A | 30 days from the order on class certification |

Dated: February 1, 2021                                                  Respectfully Submitted,

/s/ Margaret A. Esquenet                                         /s/ Filippo Marchino
Margaret A. Esquenet (Bar No. 27775)             Filippo Marchino (*Pro Hac Vice* Granted)
Anna B. Naydonov (D. Md. 21144)                    fm@xlawx.com
FINNEGAN, HENDERSON, FARABOW,               Thomas E. Gray (*Pro Hac Vice* Granted)
GARRETT & DUNNER LLP                                  tg@xlawx.com
901 New York Avenue NW                                 **THE X-LAW GROUP, P.C.**
Washington, D.C. 20001-4413                            625 Fair Oaks Ave., Suite 390
(202) 408-4000 (phone)                                      South Pasadena, CA 91030
(202) 408-4400 (fax)                                            Tel: (213) 599-3380
margaret.esquenet@finnegan.com                    Fax: (213) 599-3370
anna.naydonov@finnegan.com

Charles Gilman (Bar No. 26435)
cgilman@gblegalteam.com
H. Briggs Bedigian (Bar No. 27113)
Hbb@gblegalteam.com
**GILMAN & BEDIGIAN, LLC**
1954 Greenspring Drive, Suite 250
Timonium, MD 21093
Tel: (410) 560-4999
Fax: (410) 308-3116

*Attorneys for Defendants*
*Bethesda Softworks LLC, Bethesda Softworks, and ZeniMax Media Inc.*

*Attorneys for Plaintiff*
*Jacob Devine, Individually and on Behalf of All Others Similarly Situated*

## CERTIFICATE OF SERVICE

I, Filippo Marchino, hereby certify that on February 1, 2021, the foregoing **JOINT PROPOSED AMENDED SCHEDULING ORDER** was filed and served using the Court's CM/ECF system, upon:

>Margaret A. Esquenet, Esq.
>Anna B. Naydonov, Esq.
>Sydney N. English, Esq.
>FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP
>901 New York Avenue NW
>Washington, D.C. 20001-4413
>(202) 408-4000 (phone)
>(202) 408-4400 (fax)
>margaret.esquenet@finnegan.com
>anna.naydonov@finnegan.com
>sydney.english@finnegan.com
>
>*Attorneys for Defendants*
>*Bethesda Softworks LLC, Bethesda Softworks, and ZeniMax Media Inc.*

/s/ Filippo Marchino
Filippo Marchino