IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
GREENBELT DIVISION

| | |
|---|---|
| JACOB DEVINE, Individually and on Behalf of All Others Similarly Situated<br><br>Plaintiff,<br><br>v.<br><br>BETHESDA SOFTWORKS LLC, BETHESDA SOFTWORKS, and ZENIMAX MEDIA INC.,<br><br>Defendants. | Case No. 8:19-cv-02009-TDC<br><br>**JOINT STATUS REPORT BY PLAINTIFF JACOB DEVINE AND DEFENDANTS BETHESDA SOFTWORKS LLC, BETHESDA SOFTWORKS, AND ZENIMAX MEDIA INC.** |

As ordered by the Court (ECF No. 107), Plaintiff Jacob Devine and Defendants Bethesda Softworks LLC, Bethesda Softworks, and ZeniMax Media Inc. (collectively "The Parties") hereby submit their joint report.

Plaintiff intends to file his proposed Motion for Preliminary Injunction. The Parties propose the following briefing schedule:

(1) Deadline for Plaintiff to file Motion for Preliminary Injunction:     April 22, 2021

(2) Deadline for Defendants to file opposition brief:     May 13, 2021

(3) Deadline for Plaintiff to file reply brief:     May 27, 2021

The Parties are unavailable on May 4, May 6, May 11, June 8, and June 11, 2021 but are otherwise available for a hearing on the date most convenient for the Court.

The Parties have met and conferred regarding whether the page limits for the briefs should be expanded but have not reached an agreement.

Plaintiff's position is that the page limit should be increased to 50 pages for the opening and opposition brief because the parties will need to discuss 1) the applicability of the purported arbitration agreements Defendants have identified, 2) class certification, and 3) the merits of Plaintiff's claims themselves.

Defendants' position is that the 35 page limit for opening and opposition briefs set forth in Local Rule 105(3) is sufficient.

Dated: March 31, 2021                    Respectfully Submitted,

*/s/ Filippo Marchino*

Filippo Marchino, Esq. (Pro Hac Vice Granted)
fm@xlawx.com
Thomas E. Gray, Esq. (Pro Hac Vice Granted)
tg@xlawx.com
**THE X-LAW GROUP, P.C.**
625 Fair Oaks Ave., Suite 390
South Pasadena, CA 91030
Tel: (213) 599-3380
Fax: (213) 599-3370

Charles Gilman (Bar No. 26435)
cgilman@gblegalteam.com
H. Briggs Bedigian (Bar No. 27113)
Hbb@gblegalteam.com
**GILMAN & BEDIGIAN, LLC**
1954 Greenspring Drive, Suite 250
Timonium, MD 21093
Tel: (410) 560-4999
Fax: (410) 308-3116

*Attorneys for Plaintiff*
*Jacob Devine, Individually and on Behalf of All Others Similarly Situated*

*/s/ Margaret A. Esquenet*
Margaret A. Esquenet (Bar No. 27775)
Anna B. Naydonov (Bar No. 21144)
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER LLP
901 New York Avenue NW
Washington, D.C. 20001-4413
(202) 408-4000 (phone)
(202) 408-4400 (fax)
margaret.esquenet@finnegan.com
anna.naydonov@finnegan.com

*Attorney for Defendants*
*Bethesda Softworks LLC, Bethesda Softworks, and ZeniMax Media Inc.*

## CERTIFICATE OF SERVICE

I, Filippo Marchino, hereby certify that on March 31, 2021, the foregoing **JOINT STATUS REPORT BY PLAINTIFF JACOB DEVINE AND DEFENDANTS BETHESDA SOFTWORKS LLC, BETHESDA SOFTWORKS, AND ZENIMAX MEDIA INC.** was filed and served using the Court's CM/ECF system, upon:

Margaret A. Esquenet, Esq.
Anna B. Naydonov, Esq.
Sydney N. English, Esq.
FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP
901 New York Avenue NW
Washington, D.C. 20001-4413
(202) 408-4000 (phone)
(202) 408-4400 (fax)
margaret.esquenet@finnegan.com
anna.naydonov@finnegan.com
sydney.english@finnegan.com

*Attorneys for Defendants*
*Bethesda Softworks LLC, Bethesda Softworks, and ZeniMax Media Inc.*

/s/ Filippo Marchino
Filippo Marchino